IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEBRA ANDERSON,

Plaintiff,

v.                          No. 11-cv-613-DRH-DGW

ELAN, INC., d/b/a
ELAN FINANCIAL SERVICES, et al.,

Defendants.

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. The record reflects that defendant Cardmember Service has not filed the required Federal Rule of Civil Procedure 7.1 disclosure statement. Thus, the Court ORDERS defendant Cardmember Service to file its disclosure statement on or before December 5, 2011.

**IT IS SO ORDERED.**

Signed this 28th day of November, 2011.

David R. Herndon
2011.11.28
11:38:40 -06'00'

**Chief Judge**
**United States District Court**