IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEBRA ANDERSON

    Plaintiff,

v.                                        Case No. 11-cv-613-DRH-DGW

ELAN, INC. d/b/a/ ELAN FINANCIAL
SERVICES and CARDMEMBER
SERVICE,

    Defendant.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 27). The Court hereby acknowledges the stipulation and finds that all plaintiff's claims against defendants are dismissed with prejudice, each party to bear their own fees and costs. The Clerk is instructed to close the file and enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 16th day of February, 2012.

David R. Herndon
2012.02.16
08:54:24 -06'00'

Chief Judge
United States District Court