IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEBRA ANDERSON,

Plaintiff,

-vs-

ELAN, INC., d/b/a Elan Financial Services,
and Cardmember Service,

Defendants.                                              NO. 11-CV-613-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on February 16, 2012, this case is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:      /s/*Sandy Pannier*
             Deputy Clerk

Dated: February 21, 2012

David R. Herndon
2012.02.21
14:18:21 -06'00'

APPROVED:
              CHIEF JUDGE
              U. S. DISTRICT COURT